JOHNSTON *v.* DOPKINS *et al.*

An order setting aside the report of a referee appointed to take an account is merely interlocutory, and is not the subject of appeal before final judgment or decree.

APPEAL from the District Court of the Twelfth Judicial District.

The appeal was taken by the plaintiff in this cause, from an order setting aside the report of a referee to take an account, and the judgment entered thereon in favor of plaintiff.

*Hager & Sharp* for Appellants.

*Bristol & Spencer* for Respondents.

Mr. Justice HEYDENFELDT delivered the opinion of the Court. Mr. Justice TERRY concurred.

Where a referee is appointed merely to take an account between two parties, he bears simply the relation to the Court in which the case is pending, of a master in chancery under the English system. His report stating the account may be excepted to, and the exceptions sustained, or overruled; but whatever may be the order of the Court upon them, such order is merely interlocutory, and is not the subject of appeal before final judgment or decree; after final decree, the action of the Court may be reviewed. This is a totally different case from that of a referee appointed, in the stead of the Court, to try and determine the cause.

Appeal Dismissed.